United States District Court
Southern District of Indiana
Terre Haute Division

Craig Turner, Plantiff

v.

Sheriff John Plasse,
Sgt. Emily Meadows,
Vigo County Jail et, Al
Defendant

Case Number:
2:23-cv-00411-JPH-MG

Date:

## Motion To File Tort or Civil Complaint

The above mentioned Plantiff moves to file a claim of Tort upon Civil Rights Violation, meaning to file against said Defendants in the United States District Court, Southern District of Terre Haute Indiana Division.

On 3/25/23 Plantiff was moved to disciplinary segregation and at the point of writing this claim, is still there. During the duration of his stay in segregation Plantiff states the following "Only one single person received the disciplinary time cut otherwise known as 'halftime', and the odd thing is the inmate whom received his 'halftime' had caused multiple issues while detained in disciplinary segregation. Including having notably received a write up for possessing a common jail house shank. This inmate had over 365 days to do in Segregation." Plantiff also states "This inmate claimed openly to have an unprofessional outside relationship with administration

United States District Court
Southern District of Indiana
Terre Haute Division

employee Emily Meadows, going even as far as to call her a "good friend."

Later Emily Meadows whom Plantiff states "is rarely ever seen throughtout the jail", personally retrieved prior mentioned inmate (Derek Anderson) from his cell in disciplinary segregation saying "Come on D.A. Let's get you out of here." Inmate Anderson (AKA D.A.) replied with "Thank you Emily." Plantiff notes specifically that the two interact on a first name basis, being as it is a well known policy across the facility for correctional officers to not use their own first name and to give only their last names. This occurred 10 days prior to his date of "halftime".

This led Plantiff to believe inmate Anderson wielded an advantage within the facility that other inmates do not possess. If this be the case Plantiff is experiencing an unjust magnitude of prejudice, and discrimination.

Plantiff further points to his institutional discipline record stating "While in Seg I did not cause any issues for staff nor did I break any rules, even so my 'halftime' was denied." Also stating "even Co Hunter who was my ruling C.A.B. officer at the time asked and recomended my 'halftime' and it was still denied,

United States District Court
Southern District of Indiana
Terre Haute Division

I personally was at a loss." (Officer J. Hunter #84-267) "Especially with the Anderson 'Incident', I was sure I'd get my 'halftime'."

Wherefore Plantiff is asking for monitary compensation in the amount of $18,500 being for $250 per day for 75 days unjustly served in disciplinary Segregation. This amount ($18,500) to be paid to the Plantiff upon a provided temporary debit card and or account (provided by court and or defendants). Any and all information regarding monitary compensation to be sent to 1108 Archer Marshall IL. 62441. This amount shall be paid to the provided account at the rate of one single installment. Said compensation shall be void from any and all bankrupt actions.

Compensation is to be considered for unlawful prejudice and discrimination, unnecessary added stress compounded on one whom is already placed on psych medication for stress, depression, and mental health, along with pain and suffering.

Further Plantiff demands the termination of administration employee Emily Meadows, for impartial treatment of inmates due to unprofessional outside relationships.

Signature: Craig Turner Print: Craig Turner

United States District Court
Southern District of Indiana
Terre Haute Division

This movant was signed on: 08-06-2023
Signature: Craig Turner
Print: Craig Turner

(Correspondence) Craig Turner
600 W. Honey Creek dr.
Terre Haute IN
47802

(Monetary Reward) Craig Turner
1108 Archer
Marshall IL
62441

Amy Francis 217-251-6049
Power of Attorney