UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

CRAIG TURNER,                          )
                                       )
                    Plaintiff,         )
                                       )
        v.                             )    No. 2:23-cv-00411-JPH-MG
                                       )
JOHN PLASSE Sheriff,                   )
EMILY MEADOWS Sgt.,                    )
VIGO COUNTY JAIL,                      )
                                       )
                    Defendants.        )

**FINAL JUDGMENT**

The Court now enters final judgment in favor of the defendants. The
complaint is dismissed for failure to state a claim upon which relief can be
granted.

Date: 4/29/2024

Roger A.G. Sharpe, Clerk

BY: _Corinne Weed_____

Deputy Clerk, U.S. District Court

_James Patrick Hanlon_

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CRAIG TURNER
36295
VIGO COUNTY JAIL
600 W. Honey Creek Dr.
Terre Haute, IN 47802